UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY E. ORMOND, *et al.*, )<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ANTHEM, INC., *et al.*, )<br>)<br>Defendants. ) | CASE NO. 1:05-cv-01908-DFH-TAB |

**AGREED MOTION TO RESCHEDULE HEARING AND PRETRIAL CONFERENCE**

Plaintiffs, Mary E. Ormond, Daniel J. Cescato and Kevin T. Heekin, respectfully request that the Court vacate the hearing and pretrial conference currently scheduled for November 6, 2009, at 9:30 a.m. Plaintiffs further request that the hearing and pretrial conference be rescheduled for November 10, 2009, at 9:30 a.m.

In support of this Motion, Plaintiffs state as follows:

1. Counsel for Plaintiffs, Kathleen A. DeLaney and Edward O. DeLaney, will be out of the country on November 6, 2009 and would therefore be unable to attend the hearing on November 6, 2009.

2. Undersigned counsel, Kathleen A. DeLaney, conferred with counsel for Defendants, Christopher G. Scanlon, seeking agreement on this motion. Attorney Scanlon has consented to this motion to reschedule the hearing.

WHEREFORE, Plaintiffs, Mary E. Ormond, Estate of Mary A. Moore, Daniel J. Cescato and Kevin T. Heekin, by counsel, respectfully requests that the Court reschedule the hearing set for November 6, 2009 at 9:30 a.m. to November 10, 2009 at 9:30 a.m.

>Respectfully submitted,
>
>/s/  Kathleen A. Delaney_____
>Kathleen A. DeLaney  (#18604-49)
>DELANEY & DELANEY LLC
>3646 Washington Boulevard
>Indianapolis, Indiana  46205
>(317) 920-0400  (telephone)
>(317) 920-0404  (facsimile)
>kathleen@delaneylaw.net   (e-mail)
>
>*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system, who may access this filing through the Court's system:

>Christopher G. Scanlon
>(chris.scanlon@bakerd.com)
>Paul A. Wolfla
>(paul.wolfla@bakerd.com)
>Anne K. Ricchuito
>(anne.ricchuito@bakerd.com)
>Kevin Kimmerling
>(Kevin.kimmerling@bakerd.com)
>Matthew Albaugh
>(matthew.albaugh@bakerd.com)
>Baker & Daniels LLP
>
>*Attorneys for Defendants*

2

Eric A. Zagrans
(eric@zagrans.com)
Dennis P. Barron
(DennisPBarron@aol.com)
Michael F. Becker
(mbecker@beckermishkind.com)

*Attorneys for Plaintiffs*

/s/  *Kathleen A. DeLaney*_____
Kathleen A. Delaney