UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY E. ORMOND, et al., ) | |
| On Behalf of Themselves and ) | |
| All Others Similarly Situated, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | NO. 1:05-cv-01908-TWP-TAB |
| ) | |
| ANTHEM INC., et al. ) | |
| ) | |
| Defendants. ) | |

### ENTRY ON PLAINTIFFS' EMERGENCY MOTION FOR LEAVE TO FILE CONSOLIDATED EXPERT TESTIMONY RESPONSE BRIEF AND EXCEED PAGE LIMIT FOR SINGLE RESPONSE BRIEF

On April 19, 2012, Defendants filed multiple motions seeking to exclude the testimony of Plaintiffs' expert witnesses on various grounds. Invariably, some of these motions cover similar subject matter. In response, Plaintiffs have asked for leave to file a single, consolidated response brief in opposition to 8 of Defendants' motions. Plaintiffs have agreed to limit this response to 90 pages. In Plaintiffs' view, "this approach will allow for less redundancy and more clarity, and it will relieve the Court and the parties of a significant quantity of unnecessary briefing." (Dkt. 544 at 2).

This request is certainly well-taken. However, upon closer review, it appears that each of Defendants' motions is unique and sets forth independent arguments. Moreover, it appears that, where possible, Defendants have already consolidated their motions. Given the myriad issues at play, the Court finds that separate responses to each motion would work best to facilitate organized and focused rulings. Although this may add a few extra pages for the Court to read (and Plaintiffs to write), the Court believes that the benefits to this approach will outweigh the costs. Therefore, Plaintiffs' Emergency Motion for Leave to File Consolidated Expert Testimony Response Brief and Exceed Page Limit for Single Response Brief (Dkt. 544) is **DENIED**.

SO ORDERED.   05/01/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

Matthew Thomas Albaugh
BAKER & DANIELS - Indianapolis
matthew.albaugh@bakerd.com

Dennis Paul Barron
dennispbarron@aol.com

Michael F. Becker
THE BECKER LAW FIRM CO., L.P.A.
mbecker@beckerlawlpa.com

Peter R. Bisio
HOGAN LOVELLS US LLP
peter.bisio@hoganlovells.com

Todd S Collins
BERGER & MONTAGUE, P.C.
tcollins@bm.net

T. David Copley
KELLER ROHRBACK, L.L.P.
dcopley@kellerrohrback.com

Edward O'Donnell DeLaney
DELANEY & DELANEY LLC
ed@delaneylaw.net

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Craig A. Hoover
HOGAN LOVELLS US LLP
cahoover@hhlaw.com

Peter R. Kahana
BERGER & MONTAGUE, P.C.
pkahana@bm.net

Kevin M. Kimmerling
BAKER & DANIELS - Indianapolis
kevin.kimmerling@bakerd.com

Cari C. Laufenberg
KELLER ROHRBACK L.L.P.
claufenberg@kellerrohrback.com

Adam K. Levin
HOGAN LOVELLS US LLP
aklevin@hhlaw.com

Neil F Mara
BERGER & MONTAGUE, P.C.
nmara@bm.net

H. Laddie Montague Jr
BERGER & MONTAGUE P.C.
hlmontague@bm.net

Anne Kramer Ricchiuto
BAKER & DANIELS - Indianapolis
anne.ricchiuto@bakerd.com

Lynn L. Sarko
KELLER ROHRBACK, L.L.P.
lsarko@kellerrohrback.com

Christopher G. Scanlon
BAKER & DANIELS - Indianapolis
chris.scanlon@bakerd.com

Paul A. Wolfla
BAKER & DANIELS - Indianapolis
paul.wolfla@bakerd.com

Eric Hyman Zagrans
eric@zagrans.com