UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MARY E. ORMOND, *et al.*,                )
On Behalf of Themselves and              )
All Others Similarly Situated,           )
                             Plaintiffs, )
                                         )
        v.                               )        Case No. 1:05-cv-01908-TWP-TAB
                                         )
ANTHEM, INC., *et al.*,                  )
                             Defendants. )
                                         )

**ORDER APPROVING DISBURSEMENT OF SETTLEMENT NOTICE
EXPENSES TO THE SETTLEMENT ADMINISTRATOR**

On October 25, 2012, the Court heard Plaintiffs' Motion for Final Approval of Class Action Settlement ("Motion"), at which time Class Counsel reported their efforts, and the efforts of the Kurtzman Carson Consultants, LLC as Settlement Administrator, to disseminate notice of the settlement to class members pursuant to the Court's June 18, 2012 Order Preliminarily Approving Proposed Settlement (Dkt. 717). Having fully considered the pleadings and evidence submitted, the Court hereby finds as follows:

1.      On June 18, 2012, the Court issued an Order Preliminarily Approving Proposed Settlement, which granted preliminary approval to a proposed settlement agreement and plan of allocation, and established a process for the consideration of final settlement approval. Dkt. 717

2.      At that time, the Court appointed Kurtzman Carson Consultants, LLC ("KCC") as Settlement Administrator and authorized Class Counsel to engage KCC for that purpose. The Court authorized forms and methods of notice, and established deadlines for notice. *Id.* ¶¶ 9-12.

3.      KCC has filed a sworn statement pursuant to paragraph 13 of the Order.  And, no person or party has objected to the fee.

1

4.      The Court has already approved payment of the cost of settlement notice. *Id*. ¶ 13. At this time the Court approves disbursement of $614,112.59 from the escrow account established pursuant to the settlement agreement to KCC.

So ordered.

Dated:_____11/09/2012_____

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

Christopher G. Scanlon (chris.scanlon@bakerd.com)

Paul A. Wolfla (paul.wolfla@bakerd.com)

Matthew D. Lamkin  (matthew.lamkin@bakerd.com)

Anne K. Ricchuito (anne.ricchuito@bakerd.com)

Kevin Kimmerling (Kevin.kimmerling@bakerd.com)

Matthew Albaugh (matthew.albaugh@bakerd.com)

Kathleen A. DeLaney (kathleen@delaneylaw.net)

Edward O. DeLaney (ed@delaneylaw.net)

Eric H. Zagrans (eric@zagrans.com)

Dennis P. Barron (DennisPBarron@aol.com)

Michael F. Becker (mbecker@beckerlawlpa.com)

Adam K. Levin (aklevin@hhlaw.com)

Craig A. Hoover (cahoover@hhlaw.com)

Cari C. Laufenberg (claufenberg@kellerrohrback.com)

Lynn L. Sarko (lsarko@kellerrohrback.com)

T. David Copley (dcopley@kellerrohrback.com)

H. Laddie Montague, Jr. (hlmontague@bm.net)

Neil F. Mara (nmara@bm.net)

Peter Kahana (pkahana@bm.net)

Todd S. Collins (tcollins@bm.net)

Peter R. Bisio (peter.bisio@hoganlovells.com)