## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KEVIN T. HEEKIN, <br> MARY E. ORMOND, and the <br> ESTATE OF MARY A. MOORE, <br> On behalf of themselves and all others <br> Similarly Situated <br><br> Plaintiffs, <br><br> v. <br><br> ANTHEM, INC., <br> ANTHEM INSURANCE COMPANIES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:05-cv-01908-TWP-TAB |

### JUDGMENT

The Court, having previously issued its final order approving as fair, reasonable and adequate the Proposed Class Action Settlement and fees, and having overruled all objections to the same, and having approved the award of attorneys' fees and incentive awards, Final Judgment is hereby entered as follows:

    The parties and their counsel shall implement the approved Class Action Settlement, and All Class Members are hereby permanently barred and enjoined from filing, commencing, prosecuting, maintaining, intervening in, participating in (as Class Members or otherwise), or receiving any other relief from, any other claim, lawsuit, arbitration, or administrative, regulatory or other proceeding or order in any jurisdiction which are within the terms of the Release set forth in the Class Action Settlement Agreement.

    This judgment is therefore the final judgment of the Court

SO ORDERED:

Date: 11/20/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

DISTRIBUTION:

Eric Hyman Zagrans
eric@zagrans.com

John J. Pentz
ATTORNEY AT LAW
clasaxn@earthlink.net

H. Laddie Montague, Jr
BERGER & MONTAGUE P.C.
hlmontague@bm.net

Neil F Mara
BERGER & MONTAGUE, P.C.
nmara@bm.net

Peter R. Kahana
BERGER & MONTAGUE, P.C.
pkahana@bm.net

Todd S Collins
BERGER & MONTAGUE, P.C.
tcollins@bm.net

Edward O'Donnell DeLaney
DELANEY & DELANEY LLC
ed@delaneylaw.net

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Dennis Paul Barron
DENNIS PAUL BARRON LLC
dennispbarron@aol.com

Anne Kramer Ricchiuto
FAEGRE BAKER DANIELS LLP -
Indianapolis
anne.ricchiuto@FaegreBD.com

Christopher G. Scanlon
FAEGRE BAKER DANIELS LLP -
Indianapolis
chris.scanlon@FaegreBD.com

Kevin M. Kimmerling
FAEGRE BAKER DANIELS LLP -
Indianapolis
kevin.kimmerling@FaegreBD.com

Matthew Thomas Albaugh
FAEGRE BAKER DANIELS LLP -
Indianapolis
matthew.albaugh@faegrebd.com

Paul A. Wolfla
FAEGRE BAKER DANIELS LLP -
Indianapolis
paul.wolfla@faegrebd.com

Adam K. Levin
HOGAN LOVELLS US LLP
adam.levin@hoganlovells.com

Craig A. Hoover
HOGAN LOVELLS US LLP
craig.hoover@hoganlovells.com

Peter R. Bisio
HOGAN LOVELLS US LLP
peter.bisio@hoganlovells.com

Thomas M. Fisher
INDIANA OFFICE OF THE ATTORNEY
GENERAL
tom.fisher@atg.in.gov

Cari C. Laufenberg
KELLER ROHRBACK L.L.P.
claufenberg@kellerrohrback.com

Lynn L. Sarko
KELLER ROHRBACK, L.L.P.
lsarko@kellerrohrback.com

T. David Copley
KELLER ROHRBACK, L.L.P.
dcopley@kellerrohrback.com

Michael F. Becker
THE BECKER LAW FIRM CO., L.P.A.
mbecker@beckerlawlpa.com

Ray Rusnak
660 Center Ave. #113
Martinez, CA 94553