# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 27, 2013

Before

RICHARD A. POSNER, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

| No.: 13-1477 | KEVIN T. HEEKIN, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>ANTHEM, INCORPORATED, et al.,<br>Defendants<br><br>APPEAL OF: FRANKLIN DEJULIUS |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:05-cv-01908-TWP-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

The following are before the court:

1. **EMERGENCY MOTION TO STAY APPEAL BOND**, filed on March 15, 2013, by counsel for the appellant.

2. **PLAINTIFFS-APPELLEES' RESPONSE TO EMERGENCY MOTION TO STAY APPEAL BOND**, filed on March 18, 2013, by counsel for the appellees.

3.   **APPELLANT'S REPLY TO PLAINTIFFS-APPELLEES' RESPONSE TO EMERGENCY MOTION TO STAY APPEAL BOND**, filed on March 25, 2013, by counsel for the appellant.

4.   **PLAINTIFFS-APPELLEES' RESPONSE TO OBJECTOR/APPELLANT'S SUPPLEMENTAL FILING**, filed on March 25, 2013, by counsel for the appellees.

**IT IS ORDERED** that the motion to stay the appeal bond is **GRANTED**. The requirement that the appellant post an appeal bond is **STAYED** pending resolution of appeal no. 13-1477.

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_3J**(form ID: **177**)